UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SINORICHES ENTERPRISES CO. LTD.,

       Plaintiff,

  - against -

EMIRATES MERCHANT MARINE CO. LTD.,

       Defendant.

------------------------------------------------------------ X

ORDER

08 Civ. 10569 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Although plaintiff has attached funds in the above-captioned Rule B maritime action, no attachments have been made for the past sixty (60) days. Therefore, plaintiff is ordered to transfer all funds restrained pursuant to the Order of Attachment and Garnishment issued in this action to the registry of the Court within ten (10) business days. Plaintiff is further ordered to notify the court via facsimile as soon as the transfer is complete.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 2, 2009

## - Appearances -

**For Plaintiff:**

Claurisse Ann Campanale-Orozco, Esq.
Thomas Leonard Tisdale, Esq.
Tisdale Law Offices, LLC
24 West 40th Street, 17th Floor
New York, New York 10018
(212) 354-0025